| | | | |
|---|---|---|---|
| R.W., In Interest of | 16–1856 | 04/05/2017 | Reversed and Remanded |
| A.J., In Interest of | 16–1954 | 04/05/2017 | Affirmed |
| C.L., In Interest of | 16–1969 | 04/05/2017 | Affirmed |
| C.H., In Interest of | 16–2179 | 04/05/2017 | Affirmed |
| M.C., In Interest of | 17–0009 | 04/05/2017 | Affirmed |
| K.N., In re | 17–0010 | 04/05/2017 | Affirmed |
| A.H., In Interest of | 17–0025 | 04/05/2017 | Affirmed |
| J.V., In Interest of | 17–0026 | 04/05/2017 | Affirmed |
| E.H., In Interest of | 17–0134 | 04/05/2017 | Affirmed |
| C.L., In Interest of | 17–0148 | 04/05/2017 | Affirmed on both Appeals |
| R.M., In Interest of | 17–0174 | 04/05/2017 | Affirmed |
| F.B., In Interest of | 17–0236 | 04/05/2017 | Affirmed |
| I.H., In Interest of | 17–0243 | 04/05/2017 | Affirmed |
| T.L., In Interest of | 17–0258 | 04/05/2017 | Affirmed |
| Perez–Castillo v. State | 13–1557 | 04/19/2017 | Affirmed |
| Kinseth v. Weil-McLain Company | 15–0943 | 04/19/2017 | Reversed and Remanded for New Trial on the Appeal, Affirmed on the Cross-Appeal |
| State v. Joiner | 15–1600 | 04/19/2017 | Affirmed |
| Snider, In re Marriage of | 15–1985 | 04/19/2017 | Affirmed as Modified |
| State v. Polson | 15–2104 | 04/19/2017 | Affirmed |
| State v. Kemp | 16–0129 | 04/19/2017 | Affirmed |
| White v. State | 16–0161 | 04/19/2017 | Affirmed |
| State v. Kohlmeyer | 16–0257 | 04/19/2017 | Affirmed |
| Wright v. State | 16–0275 | 04/19/2017 | Reversed and Remanded |
| Mead, In re Detention of | 16–0363 | 04/19/2017 | Writ Annulled |
| State v. Wilson | 16–0393 | 04/19/2017 | Affirmed |
| State v. See | 16–0470 | 04/19/2017 | Reversed and Remanded |
| McCleary v. City of Des Moines Zoning Board of Adjustment | 16–0620 | 04/19/2017 | Affirmed |
| Heal v. Anderson | 16–0621 | 04/19/2017 | Affirmed in part, Reversed in part, and Remanded |
| Schultz v. State | 16–0626 | 04/19/2017 | Affirmed |
| Bastion Capital Group, Inc. v. Matthews | 16–0684 | 04/19/2017 | Affirmed and Remanded |
| Peppers v. State | 16–0715 | 04/19/2017 | Affirmed |
| State v. VonHofsteder | 16–0730 | 04/19/2017 | Vacated and Remanded |
| State v. Serrano | 16–0770 | 04/19/2017 | Affirmed |
| State v. Crawley | 16–0876 | 04/19/2017 | Affirmed |
| State v. Dunn–Gridley | 16–0941 | 04/19/2017 | Affirmed |
| Winters v. Christen | 16–0970 | 04/19/2017 | Affirmed in part, Reversed in part, and Remanded |